# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:12-CR-01661(3)-AM |
| (3) Roberto Villarreal<br>*Defendant* | § | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (3) Roberto Villarreal, a hearing was set for March 13, 2013.

Ricardo Calderon was appointed to represent the defendant. On March 8, 2013, the attorney for the defendant filed a Waiver of Detention Hearing signed by the attorney and the defendant waiving the hearing and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 8th day of March, 2013.

_____
VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE